CRAWLEY, Judge.
AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(A), Ala.R.App.P.; Ala.Code 1975, § 20-2-93(a)(4) and (a)(9); Johnson v. State, 667 So.2d 105 (Ala.Civ.App.1995); Wherry v. State ex rel. Brooks, 637 So.2d 890 (Ala.Civ.App.1994); and $10,000 U.S. Currency v. State, 598 So.2d 979 (Ala.Civ.App.1992).
ROBERTSON, P.J., and YATES and THOMPSON, JJ., concur.
MONROE, J., concurs specially.